ADOLPH NEWMAN, PLAINTIFF, v. PUBLIC SERVICE RAIL-
WAY COMPANY, DEFENDANT.

Submitted January term, 1928—Decided June 21, 1928.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK and
LLOYD.

For the plaintiff, *Aaron Heller* and *Ward & McGinnis*.

For the defendant, *Henry H. Fryling*.

PER CURIAM.

The questions involved in this case are questions of fact.
The testimony shows there was a collision between the de-
fendant's trolley car and the plaintiff's automobile, in which
the plaintiff was riding. The collision occurred on April
20th, 1926, on Bloomfield avenue, near the intersection of
Park street, in Montclair. Negligence is charged against the
defendant company. The proofs support that charge. The
automobile in which the plaintiff was riding was damaged
and the plaintiff was injured. The trial resulted in a verdict
for the plaintiff for $5,000 and against the defendant. The
defendant obtained a rule to show cause why the verdict
should not be set aside. The reasons assigned for a new trial
are that the verdict is contrary to the weight of the evidence
and the damages awarded by the jury are excessive. Our
reading of the record leads us to the conclusion that neither
one of these reasons is tenable.

The rule to show cause is discharged, with costs.